LAW OFFICES
## Miles & Stockbridge P.C.
30 WEST PATRICK STREET
FREDERICK, MARYLAND 21701-6903

BALTIMORE, MD
CAMBRIDGE, MD
COLUMBIA, MD
EASTON, MD

TELEPHONE 301-662-5155
FAX 301-662-3647

McLEAN, VA
ROCKVILLE, MD
TOWSON, MD
WASHINGTON, D.C.



October 31, 2000

The Honorable Benson Everett Legg
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201-2691

    RE: **David Hershwitzky, et al. v. Board of Education of Frederick County, Civil No. L-00-2846**

Dear Judge Legg:

    I am writing to request an extension of the deadlines contained in the Scheduling Order of the Court dated October 24, 2000 in the above referenced civil action. This request is being made with the knowledge and consent of the Defendant. Specifically, a copy of this letter was forwarded to counsel for Defendants prior to its submission to the Court and I am authorized to send this letter to you on behalf of both parties.

    This case involves an appeal from the Office of Administrative Hearings regarding the educational placement of David Hershwitzky. Specifically, the Plaintiff is challenging the placement of David Hershwitzky at the Heather Ridge School Within a School in Frederick, Maryland.

    Beginning in the Fall term of 2000, David Hershwitzky has been taking two periods of class at Brunswick High School in Brunswick, Maryland, which would be his home school. However, his present educational placement remains at Heather Ridge School Within a School. He is not presently taking classes at Heather Ridge. It is anticipated that the student's progress will be reviewed prior to the end of the term and it is possible that the student's time at Brunswick High School may be expanded. If this occurs, it is possible that the student's placement could be changed to Brunswick High School, which would render the administrative appeal moot.

    Given this situation, we respectfully request that the deadlines in the Scheduling Order be continued until after January 1, 2001. As a result, the parties respectfully request that all of the deadlines contained in the Scheduling Order be continued for a period of 60 days. In the event that the student's placement situation changes and the appeal is rendered moot, Plaintiff will promptly notify the Court.

APPROVED THIS 8TH DAY OF November 2000

_____
BENSON EVERETT LEGG, U.S.D.J.

The Honorable Benson Everett Legg  
October 31, 2000  
Page 2

**MILES & STOCKBRIDGE P.C.**

  If you have any questions regarding the above, counsel will make themselves available at the Court's convenience.

            Very truly yours,

            *Earl W. Bartgis*

            Earl W. Bartgis, Jr.

EWB:gem

cc: Andrew W. Nussbaum, Esquire  
   Mr. and Mrs. Lloyd Hershwitzky