IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID HERSHWITZKY, A MINOR, BY HIS PARENTS AND NEXT FRIENDS, PATRICIA HERSHWITZKY AND LLOYD HERSHWITZKY | * | |
| Plaintiffs | * | |
| v. | * | Case No. L-00-2846 |
| BOARD OF EDUCATION OF FREDERICK COUNTY, A BODY CORPORATE AND POLITIC, OF THE STATE OF MARYLAND | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

Plaintiff and Defendant, by their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss the above-captioned action, with prejudice.

_____
Earl W. Bartgis, Jr.
Miles & Stockbridge P.C.
30 West Patrick Street
6th Floor
Frederick, Maryland 21701
(301) 662-5155
Attorneys for Plaintiff

_____
Andrew W. Nussbaum, Esquire (by ECB)
Knight, Manzi, Nussbaum & LaPlaca, P.A.
14440 Old Mill Road
Upper Marlboro, Maryland 20772
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on this 15 day of February, 2001, a copy of the foregoing Stipulation of Dismissal was sent via first class mail, postage prepaid, to Andrew W. Nussbaum, Esquire, Knight, Manzi, Nussbaum & LaPlaca, 14440 Old Mill Road, Upper Marlboro, Maryland 20772, Attorney for Defendant.

_____
Earl W. Bartgis, Jr.

APPROVED THIS 6TH DAY OF February, 2001

_____
BENSON EVERETT LEGG, U.S.D.J.

FRED01:6044022v1|000001-001921|01\25\01